UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

PNC Bank, National Association,
a national banking association,

    Plaintiff,

vs                            Case No. 4:25-cv-10771-SDK-APP
                             Hon. Shalina D. Kumar
                             Magistrate Judge Anthony P. Patti

Cameron the Sandman, Inc., a
Michigan corporation, C&C Realty Properties,
L.L.C., a Michigan limited liability company,
Gregory O. Cameron, and
Gregory O. Cameron, Successor in Trust, as Trustee
of the Gregory O. Cameron and Robin D. Cameron Trust u/a/d
April 11, 1986, as amended and restated by the
restatement of the Gregory O. Cameron and
Robin D. Cameron Trust u/a/d April 11, 1986,
establishing the Gregory O. Cameron Revocable
Living Trust u/a/d June 27, 2003, jointly and severally,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY
AS TO CAMERON THE SANDMAN, INC. ONLY**

    Plaintiff, PNC Bank, National Association having filed its Notice of

Bankruptcy Filing and Request for Administrative Closing Due to Bankruptcy

Stay as to Cameron the Sandman, Inc. Only (ECF No. 16); and,

    It appearing that Defendant, Cameron the Sandman, Inc. filed a petition

for relief under chapter 11 of the Bankruptcy Code on June 19, 2025, being

United States Bankruptcy Court for the Eastern District of Michigan Case No. 25-46278-tjt; and,

As a result of the foregoing, the automatic stay of proceedings set forth in 11 U.S.C. §362 went into effect as to Cameron the Sandman, Inc. upon the filing of the petition for relief, and the Court being fully informed.

**NOW, THEREFORE, IT IS ORDERED:**

1.  This matter is administratively closed without prejudice as to Cameron the Sandman, Inc. only.

2.  Plaintiff shall be enabled to move for the reopening of this matter as to Cameron the Sandman, Inc. once the automatic stay has been removed.

3.  This Order shall not constitute a determination on the merits.

**IT IS SO ORDERED.**

s/Shalina D. Kumar
SHALINA D. KUMAR
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2025